# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Christopher Alexander Morgan | ) | Case No. 22-8127 MJ |
| *Defendant* | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about April 22, 2022, within the jurisdiction of the District of Arizona, defendant, CHRISTOPHER ALEXANDER MORGAN, while on board Delta Airlines Flight 2908, an aircraft en route from Atlanta, Georgia, to Phoenix, Arizona, and within the special aircraft jurisdiction of the United States, did knowingly interfere with and lessen the ability of H.D., a flight crew member of the aircraft, to perform H.D.'s duties, by assaulting H.D while the aircraft was in flight, in violation of Title 49, United States Code, Section 46504.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached statement of probable cause incorporated by reference.**

AUTHORIZED BY: AUSA Kevin C. Hakala

☒ Continued on the attached sheet.

*Complainant's signature*

Robert G. Byrne, Special Agent, FBI
*Printed name and title*

Sworn to telephonically before me.

Date: April 24, 2022

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle, United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Robert G. Byrne, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for 25 years. I am assigned to the Phoenix Division of the FBI and serve as an Airport Liaison Agent at Phoenix Sky Harbor International Airport (Sky Harbor Intl. Airport) where I investigate violations of Federal law which occur within the airport environment and onboard aircraft. In my capacity as Airport Liaison Agent, I work with other law enforcement agencies at Sky Harbor Intl. Airport, including the Phoenix Police Department.

2. This statement of probable cause supports a criminal complaint against CHRISTOPHER ALEXANDER MORGAN ("MORGAN") for a violation of Title 49, United States Code, Section 46504, Interference with a Flight Crew Member.

3. Special Aircraft Jurisdiction of the United States applies to any civil aircraft of the United States while the aircraft is in flight under Title 49, United States Code, Section 46501(2)(A). An "aircraft in flight" is defined in Section 46501(1)(A), as "an aircraft from the moment all external doors are closed following boarding – (A) through the moment when one external door is opened to allow passengers to leave the aircraft;..."

4. On or about April 22, 2022, while on board Delta Airlines Flight 2908, an aircraft en route from Atlanta, Georgia, to Phoenix, Arizona, MORGAN assaulted a flight crew member by intentionally striking him in the chest. Shortly after Flight 2908 landed at Sky Harbor Intl. Airport, Officers from the Phoenix Police Department airport bureau conducted multiple witness interviews. After arriving on scene, FBI agents interviewed MORGAN and the victim flight attendant.

5. According to victim flight attendant H.D., MORGAN was assigned to seat 1D in the first-class section of the plane. Prior to takeoff, MORGAN had reclined his seat all the way back and refused to put on his seatbelt. H.D. and G.H., another flight attendant, informed MORGAN that he needed to put his seat belt on and to bring his seat to the upright position for takeoff. MORGAN was uncooperative and would not comply with their instructions. G.H. had to push the seat button to bring MORGAN's seat to the upright position.

6. During the, flight MORGAN ordered and was served one alcoholic beverage. When MORGAN requested a second alcoholic drink, H.D. offered him a non-alcoholic beverage, which angered MORGAN. MORGAN called H.D. the f-word and a "queer" and threw a glass of ice at H.D. When passenger R.O, who was sitting in seat 2G, said something to MORGAN to de-escalate MORGAN's display of aggression, MORGAN became angry with the passenger R.O. and held the glass he was holding up to R.O.'s face.

7. H.D. went to the galley near the cockpit to use the airplane telephone to inform the captain about the disruption MORGAN was causing. According to H.D., MORGAN then got out of his seat, grabbed the telephone from H.D., and hit H.D. in the chest with the telephone. Passenger R.O. reported that he heard MORGAN call H.D. a "fag" and that he observed MORGAN take the airplane phone from H.D. and throw it at him.

8. For the remainder of the flight, another flight attendant, I.P., was ordered to remain close to the cockpit door out of security concerns for the flight crew. H.D. reported that he did not know what MORGAN might do next and that the situation MORGAN created impeded H.D.'s ability to perform his duties as a flight attendant.

9. After waiving his rights, MORGAN was interviewed by the FBI. According to MORGAN, he was traveling home to Arizona. MORGAN said the flight attendant was homosexual and that this

made him uncomfortable. When the flight attendant refused to serve MORGAN another drink, he became angry. MORGAN said that he is homophobic and that it is possible he could have been intimidating to the flight attendants. He said that his homophobia may have caused his temper towards the flight attendant to escalate and he admitted that he called H.D. a queer. MORGAN denied assaulting H.D. and said he never touched a telephone.

10. For these reasons, your affiant submits that there is probable cause to believe that MORGAN, while on board Delta Airlines Flight 2908, an aircraft en route from Atlanta, Georgia, to Phoenix, Arizona, and within the special aircraft jurisdiction of the United States, did violate Title 49, United States Code, Section 46504.

*[signature]*

Robert G. Byrne, Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me this 24th day of April, 2022.

*[signature]*

Honorable John Z. Boyle
United States Magistrate Judge