GARY M. RESTAINO
United States Attorney
District of Arizona
TIMOTHY COURCHAINE
Assistant U.S. Attorney
Arizona State Bar No. 033142
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
E-mail: Timothy.Courchaine@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Christopher Alexander Morgan,<br><br>            Defendant. | No. 22-mj-08127-JZB<br><br>**NOTICE OF<br>ASSOCIATION OF COUNSEL** |

    Please take Notice that Timothy Courchaine, Assistant U.S. Attorney, is associated as additional counsel for the Government as of this date.  All future notices should be sent to Timothy Courchaine, in addition to any other counsel for the Government.

    Respectfully submitted this 25th day of April 2022.

                                GARY M. RESTAINO
                                United States Attorney
                                District of Arizona

                                *s/ Timothy Courchaine*
                                TIMOTHY COURCHAINE
                                Assistant United States Attorney